# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE



| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 1:25-cr-00082-SDN |
| JOHN C. KELLEHER | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On about December 16, 2024, in the District of Maine, at a place within the special maritime and territorial jurisdiction of the United States,

**JOHN C. KELLEHER**

did assault a person by striking, beating, and wounding that person, in violation of Title 18, United States Code, Section 113(a)(4).

### COUNT TWO

On about December 19, 2024, in the District of Maine, at a place within the special maritime and territorial jurisdiction of the United States,

**JOHN C. KELLEHER**

did assault a person by striking, beating, and wounding that person, in violation of Title 18, United States Code, Section 113(a)(4).

A TRUE BILL,

Date: 5/14/25

*Joel B. Casey*
Assistant United States Attorney

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson