

1:25-cr-00082-SDN

## Indictment Synopsis

| | |
|---|---|
| **Name:** | John Kelleher |
| **Address:** (City & State Only) | Brewer/Maine |
| **Year of Birth and Age:** | 1979/46 |
| **Violations:** | **Counts 1 and 2:** Assault. 18 U.S.C. §113(a)(4)(Class A Misdemeanor). |
| **Penalties:** | **Counts 1 and 2:** Imprisonment for not more than a year, a fine up to $100,000, or both. 18 U.S.C. §113(a)(4); 18 U.S.C. §3571(b)(5). |
| **Supervised Release:** | **Counts 1 and 2:** Not more than a year. 18 U.S.C. §3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 2:** Not more than one year. 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 2:** Up to one year, less any term of imprisonment. 18 U.S.C.§3583(h). |
| **Defendant's Attorney:** | Kaylee Folster |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Sean Murphy |
| **Detention Status:** | Warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Raphaelle A. Silver |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Assessments:** | $25.00 |

| **Forfeiture? Y/N** | No |
|---|---|